**Order issued February 7, 2023**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

_____

**NO. 01-21-00563-CV**

_____

**ANGELINA GUERRERO, Appellant**

**V.**

**SILVIA SALINAS, Appellee**

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Case No. 444,621**

**MEMORANDUM ORDER**

D. Patrick Smitherman has filed a first amended motion for leave to withdraw as the attorney for appellant Angelina Guerrero. The motion is **granted**.

It is so ORDERED.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish.